ORIGINAL

SEALED



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 24 2011
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 3:-11CR-246-D<br>To Be Filed Under Seal |
| DUC MINH LUU | § | |

### INDICTMENT

The Grand Jury charges:

Count One
Sex Trafficking by Force, Fraud and Coercion
(Violation of 18 U.S.C. §1591)

From on or about sometime in 2005, through on or about April 29, 2010, in the Dallas Division of the Northern District of Texas and elsewhere, defendant **Duc Minh Luu** did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, and obtain by any means a person, namely T. N., knowing that force, fraud, and coercion would be used to cause T. N. to engage in a commercial sex act, and did benefit financially and by receiving anything of value from participation in a venture to engage in such acts.

In violation of 18 U.S.C. § 1591.

Indictment - Page 1

Count Two
Monetary Transactions in Proceeds of a Specified Unlawful Activity
(Violation of 18 U.S.C. § 1957)

On or about October 10, 2008, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Duc Minh Luu**, did knowingly engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, in that the defendant, **Duc Minh Luu**, caused $12,000 to be wire-transferred from account no. xxx-xxx555-3 at Washington Mutual Bank in Texas to a bank in Vietnam, which engaged in foreign commerce, knowing that the funds had been derived from a specified unlawful activity, which was sex trafficking by force, fraud, and coercion.

In violation of 18 U.S.C. § 1957.

Count Three
Monetary Transactions in Proceeds of a Specified Unlawful Activity
(Violation of 18 U.S.C. § 1957)

On or about July 13, 2009, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Duc Minh Luu**, did knowingly engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, in that the defendant, **Duc Minh Luu**, caused $26,000 to be wire-transferred from account no. xxx-xxx555-3 at J.P. Morgan Chase Bank in Texas to a bank in Vietnam, which engaged in foreign commerce, knowing that the funds had been derived from a specified unlawful activity, which was sex trafficking by force, fraud, and coercion.

In violation of 18 U.S.C. § 1957.

## Forfeiture Notice

[18 U.S.C. § 1594(d); 18 U.S. C. § 982(a)(1)]

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 18 U.S.C. § 1594(d), the defendant, **Duc Minh Luu,** shall forfeit to the United States of America his interest all property, real or personal, used or intended to be used to commit or facilitate the commission of the offense; and all property, real or personal, constituting or derived from any proceeds that he obtained, directly or indirectly, as a result of the offense.

Upon conviction for either of the offenses alleged in Count Two and Three of this Indictment and pursuant to 18 U.S.C. § 982(a)(1), the defendant, **Duc Minh Luu**, shall forfeit to the United States any property, real or personal, involved in, or traceable to property involved in, the respective offense.

This property includes, but is not limited to, the following:

1. The total amount of proceeds obtained as a result of the offense, in the form of a money judgment.
   [concerning Count One (at least $500,000.00)]

Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), if any of the above property subject to forfeiture, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other

**Indictment - Page 4**

property which cannot be subdivided without difficulty, it is the intent of the United States of America to seek forfeiture of any other property of the defendant up to the value of the above described property subject to forfeiture.

A TRUE BILL

_____
FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
ERRIN MARTIN
Assistant United States Attorney
1100 Commerce St., Suite 300
Dallas, Texas  75242
Telephone: 214.659.8600
Facsimile: 214.767.4104

Indictment - Page 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



THE UNITED STATES OF AMERICA

v.

DUC MINH LUU   **3:-11CR-246-D**

## SEALED INDICTMENT

18 USC § 1591
Sex Trafficking by Force, Fraud and Coercion

18 USC § 1957
Monetary Transactions in Proceeds of a Specified Unlawful Activity

18 USC § 1594(d); 18 USC § 982(a)(1)
Forfeiture Notice

3 Counts

---

A true bill rendered

_____
DALLAS                                                FOREPERSON

Filed in open court this 24 day of August, 2011

_____
                                                          Clerk
WARRANT TO ISSUE

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
No Pending Criminal matters