UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

# Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision

United States of America

v.

Duc Minh Luu

Case No.: 3:11-CR-00246-D(1)

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

The defendant shall reside in the residential re-entry center and successfully participate in the residential re-entry center program located at the Volunteers of America, 800 West Wintergreen Road, Hutchins, Texas, for a period of up to 180 days. While there, the defendant will initially participate in its community corrections component, but may become eligible the last one-third of the term of confinement for placement in its prerelease component upon approval of the Federal Bureau of Prisons and provided the defendant meets all the center's requirements.

Witness: *Maureen Leduc*
Case Manager

Signed: *Duc Minh Luu*
Supervised Releasee

Date: July 23, 2025